IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHULRUFF DENTAL, INC., <br> on behalf of Plaintiff and <br> the class members defined herein, <br><br> Plaintiff, <br><br> v. <br><br> ASHTEL STUDIOS, INC., d/b/a SMARTCARE; <br> and ANISH K. PATEL, <br><br> Defendants. | 22-cv-07184 |

## STIPULATION TO DISMISS

Plaintiff Shulruff Dental, Inc. and Defendants Ashtel Studios, Inc. and Anish K. Patel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of Plaintiff's individual claims against Defendants Ashtel Studios, Inc. and Anish K. Patel, with prejudice and without costs. Plaintiff Shulruff Dental, Inc.'s class claims against Defendants Ashtel Studios, Inc. and Anish K. Patel are dismissed without prejudice and without costs.

Respectfully submitted,

 s/ Heather Kolbus                                    s/ Sridavi Ganesan (w/ consent)
Daniel A. Edelman                                     Sridavi Ganesan
Heather Kolbus                                        ROME & ASSOCIATES, A.P.C.
EDELMAN, COMBS, LATTURNER                             2029 Century Park East, Suite 450
       & GOODWIN, LLC                                 Los Angeles, CA  90067
20 S. Clark Street, Suite 1500                        (310) 282-0690
Chicago, IL  60603
(312) 739-4200                                        Molly Arranz
                                                      AMUNDSEN DAVIS LLC
                                                      150 N. Michigan Ave., Suite 3300
                                                      Chicago, IL  60601
                                                      (312) 894-3307

1

## **CERTIFICATE OF SERVICE**

       I, Heather Kolbus, hereby certify that on March 21, 2023, I caused a true and accurate copy of the foregoing document to be filed via the Court's CM/ECF system, which caused notification to be sent to the following:

       Sridavi Ganesan – sganesan@romeandassociates.com
       Rome & Associates, A.P.C.
       2029 Century Park East, Suite 450
       Los Angeles, CA 90067

       Molly Arranz – marranz@amundsendavislaw.com
       AMUNDSEN DAVIS LLC
       150 N. Michigan Ave., Suite 3300
       Chicago, IL 60601

                       s/ Heather Kolbus
                       Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200